# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

<u>Civil Action No. 1:13-cv-00742-WYD-MEH</u>

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JOHN DOE, subscriber assigned IP address 71.237.107.180,

    Defendant.

_____/

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
## WITHOUT PREJUDICE OF JOHN DOE

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntarily dismisses John Doe ("Defendant") from this action <u>without prejudice</u>. John Doe was assigned the IP Address 71.237.107.180. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated:  July 18, 2013                      Respectfully submitted,

                                                     By:   /s/ *Jason A. Kotzker*
                                                     Jason A. Kotzker
                                                     Jason@klgip.com
                                                     KOTZKER LAW GROUP
                                                     9609 S. University Blvd. #632134
                                                     Highlands Ranch, CO  80163
                                                     Phone:  303-875-5386
                                                     *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 18, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system. In addition, a copy of the foregoing document was mailed to Courtney Coe at 831 Meeker St., Apt B, Longmont, CO 80504.

                                              By: /s/ *Jason A. Kotzker*_____
                                                   Jason A. Kotzker