## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:13-cv-00742-WYD-MEH

MALIBU MEDIA, LLC,

     Plaintiff,

v.

COURTNEY COE,

     Defendant.

_____/

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
## WITHOUT PREJUDICE OF COURTNEY COE

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntarily dismisses Courtney Coe ("Defendant") from this action without prejudice.  Courtney Coe was assigned the IP Address 71.237.107.180.  Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant Courtney Coe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated:  July 18, 2013          Respectfully submitted,

                                        By:   /s/ *Jason A. Kotzker*
                                        Jason A. Kotzker
                                        Jason@klgip.com
                                        KOTZKER LAW GROUP
                                        9609 S. University Blvd. #632134
                                        Highlands Ranch, CO  80163
                                        Phone:  303-875-5386

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on July 18, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By:  /s/ *Jason A. Kotzker*_____
Jason A. Kotzker