IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-00742-WYD-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

COURTNEY COE,

    Defendant.

---

### ORDER

---

In accordance with Plaintiff's Notice of Voluntary Dismissal Without Prejudice of Courtney Coe filed pursuant to Fed R. Civ. P. 41(a)(1)(A)(i) on July 18, 2013 (ECF No. 43), it is

ORDERED that Defendant Courtney Coe is **DISMISSED WITHOUT PREJUDICE**, and this case is terminated.

Dated:  July 31, 2013

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior United States District Judge